## SWARTWOUT *against* HOAGE.

MOTION on the part of the defendant to change the *venue* in this cause. The affidavit of the defendant stated, that he had a good and substantial defence on the merits ; but did not add, " as he was advised by counsel."

On a motion to change the *venue,* where the party swears that he has good defence, on the merits, he must also add, *as he is advised by counsel,* as in other cases.

*Per Curiam.* We perceive so great a laxity in affidavits to change the venue, that we think it necessary to adopt a stricter rule than has hitherto been observed in this respect ;

ALBANY,
January, 1819.

and shall require the party, who swears to a defence, to state, " as he is advised by counsel."(a)

Motion denied.

(a) In *Metcalf* v. *Clark*, 5 *Johns. Rep.* 361. it was decided, that these words were not necessary, on a motion to change the venue.